1    WARREN S. HEIT (CA State Bar No.: 164658)
     **WHITE & CASE LLP**
2    3000 El Camino Real
     5 Palo Alto Square, 9th Floor
3    Palo Alto, CA  94306
     Telephone: (650) 213-0300
4    Facsimile:  (650) 213-8158
     Email: wheit@whitecase.com
5
     KEVIN X. MCGANN (admitted *pro hac vice*)
6    Email: kmcgann@whitecase.com
     JOHN P. SCHEIBELER (admitted *pro hac vice*)
7    Email: jscheibeler@whitecase.com

8    **WHITE & CASE LLP**
     1155 Avenue of the Americas
9    New York, NY  10036
     Telephone: 212-819-8200
10   Facsimile: (212) 354-8113

11   *Attorneys for Defendant*
     *KEYSCAN, INC.*
12

13                  **UNITED STATES DISTRICT COURT**

14                 **NORTHERN DISTRICT OF CALIFORNIA**

15                    **SAN FRANCISCO DIVISION**

16

17   SOQUE HOLDINGS (BERMUDA) LTD.,        Case No.  3:09-cv-02651-MHP

18                  Plaintiff,              **[PROPOSED] ORDER GRANTING**
                                           **STIPULATION REQUESTING**
19          v.                             **EXTENSION OF TIME TO FILE**
                                           **KEYSCAN'S MOTION FOR SUMMARY**
20   KEYSCAN, INC.,                        **JUDGMENT**

21                  Defendant and
                    Counterclaim Plaintiff.
22

23

24

25

26

27

28
- 1 -
Order Granting Stipulation Requesting Extension of Time to File
KeyScan's Motion for Summary Judgment
Case No.: 3:09-CV-02651-MHP

1        Before the Court is the Stipulation Requesting Extension of Time to File KeyScan's

2  Motion for Summary Judgment filed by Plaintiff Soque Holdings (Bermuda) Ltd. and Defendant

3  KeyScan, Inc.  The Court is of the opinion that the stipulation requesting extension should be

4  granted.

5        PURSUANT TO STIPULATION, IT IS SO ORDERED that the deadline for Defendant

6  KeyScan, Inc. to file its motion for summary judgment is extended up to and including August

7  31, 2010.

8

9  Dated: ___8/27/2010_____

10                                  Judge Marilyn H. Patel

*IT IS SO ORDERED*

*Judge Marilyn H. Patel*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

- 2 -
Order Granting Stipulation Requesting Extension of Time to File
KeyScan's Motion for Summary Judgment
Case No.: 3:09-CV-02651-MHP