UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SOQUE HOLDINGS (BERMUDA) LTD.,

    Plaintiff,

    v.

KEYSCAN, INC.,

    Defendant and Counterclaimant.

No. 09-2651-MHP (EDL)

**ORDER REQUIRING DECLARATION IN SUPPORT OF REQUEST TO CONTINUE SETTLEMENT CONFERENCE**

On July 22, 2010, a settlement conference was set for September 22, 2010 in this patent infringement action. On September 10, 2010, Keyscan filed a request for continuance of the settlement conference on the basis that Dov Aharonson, it co-founder, co-owner and CEO, will be out of the country on September 22 and is the only person with full authority to negotiate and settle the case. Soque opposes the request to continue the settlement conference.

Keyscan is hereby Ordered to file a declaration by Mr. Aharonson explaining the reasons for his unavailabilty and why he could not have and cannot re-schedule his conflicting travel plans, given that he has had almost two months advance notice of the settlement conference in which to do so. Such declaration shall be filed with the Court by no later than <u>noon on Friday, September 17.</u>

**IT IS SO ORDERED.**

Dated: September 15, 2010

                                                          ELIZABETH D. LAPORTE
                                                          United States Magistrate Judge