1
2
3
4
5
6
7

8                              UNITED STATES DISTRICT COURT

9                              NORTHERN DISTRICT OF CALIFORNIA

10                                   SAN FRANCISCO DIVISION

11

| | |
|---|---|
| SOQUE HOLDINGS (BERMUDA) LTD., | Case No.  3:09-cv-02651-MHP |
| Plaintiff, | **ORDER CONTINUING THE SETTLEMENT CONFERENCE** |
| v. | |
| KEYSCAN, INC., | |
| Defendant and Counterclaim Plaintiff. | |

    Having considered KeyScan's Request to Continue the Settlement Conference, the Declaration of Dov Aharonson in Support of the Request, as well as Soque's Response, and finding good cause,

    **IT IS HEREBY ORDERED:**

    The settlement conference scheduled for September 22, 2010 is hereby continued to November 3.  Any updates to the Confidential Settlement Conference Statements previously

//
//

1 | submitted to the Court shall be delivered no later than October 27, 2010.

2 | **IT IS SO ORDERED.**

3 | Dated: September 17, 2010

4 | By: *Elizabeth D. Laporte*
Elizabeth Laporte
5 | United States Magistrate Judge