1  GREGORY S. TAMKIN (Bar No. 175009)
   VAN AARON HUGHES (*admitted pro hac vice*)
2  DORSEY & WHITNEY LLP
   370 17th Street, Suite 4700
3  Denver, Colorado  80202-5647
   Telephone: (303) 629-3400
4  Facsimile:  (303) 629-3450
   Email: tamkin.greg@dorsey.com
5
   JENNIFER PRIEB (Bar No. 251076)
6  DORSEY & WHITNEY LLP
   1717 Embarcadero Rd.
7  Palo Alto, California  94303
   Telephone: (650) 857-1717
8  Email: prieb.jennifer@dorsey.com

9  *Attorneys for Plaintiff*

10 WARREN S. HEIT (Bar No. 164658)
   WHITE & CASE LLP
11 3000 El Camino Real
   5 Palo Alto Square, 9th Floor
12 Palo Alto, CA  94306
   Telephone:  (650) 213-0300
13 Facsimile:   (650) 213-8158
   Email: wheit@whitecase.com
14
   KEVIN X. MCGANN (*admitted pro hac vice*)
15 JOHN P. SCHEIBELER (*admitted pro hac vice*)
   WHITE & CASE LLP
16 1155 Avenue of the Americas
   New York, NY  10036
17 Telephone:  (212) 819-8200
   Facsimile:   (212) 354-8113
18 Email: kmcgann@whitecase.com
   Email: jscheibeler@whitecase.com

19 *Attorneys for Defendant*

20            UNITED STATES DISTRICT COURT
21            NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 22  SOQUE HOLDINGS (BERMUDA) LTD., )<br>a Bahamas corporation, ) | Case No. C-09-02651 MHP |
| 23            ) | **STIPULATION FOR DISMISSAL** |
|      Plaintiff,    ) | **WITH PREJUDICE** |
| 24            ) | |
|      v.       ) | |
| 25            ) | |
| 26  KEYSCAN, INC., a New Jersey )<br>corporation, ) | |
| 27            ) | |
|      Defendant.    ) | |
| 28  _____ ) | |

The parties, having reached a private settlement of all claims asserted in this action, hereby stipulate, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), to the dismissal of this action with prejudice. Each party shall bear its own costs, including attorneys' fees.

**DATED:** December 14, 2010

s/ Gregory S. Tamkin
Gregory S. Tamkin (Bar No. 175009)
DORSEY & WHITNEY LLP
370 17th Street, Suite 4700
Denver, Colorado 80202-5647
Telephone: (303) 629-3400

Attorneys for Plaintiff Soque Holdings (Bermuda) Ltd.

s/ John P. Scheibeler
Kevin X. McGann (admitted pro hac vice)
John P. Scheibeler (admitted pro hac vice)
WHITE & CASE LLP
1155 Avenue of the Americas
New York, NY 10036
Telephone: (212) 819-8200
Facsimile: (212) 354-8113
Email: kmcgann@whitecase.com
Email: jscheibeler@whitecase.com

Warren S. Heit (Bar No. 164658)
WHITE & CASE LLP
3000 El Camino Real
5 Palo Alto Square, 9th Floor
Palo Alto, CA 94306
Telephone: (650) 213-0300
Facsimile: (650) 213-8158
Email: wheit@whitecase.com

Attorneys for Defendant KeyScan, Inc.

1/3/2011

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
IT IS SO ORDERED
Judge Marilyn H. Patel

**CERTIFICATE OF SERVICE**

On December 14, 2010, I caused the foregoing document, titled STIPULATION FOR DISMISSAL WITH PREJUDICE, to be electronically filed with the court, which will cause a Notice of Electronic Filing to be e-mailed to the e-mail addresses listed below. Pursuant to 28 U.S.C. § 1746, I hereby declare under penalty of perjury under the laws of the United States of America that the foregoing certification is true and correct.

Warren S. Heit
Email: wheit@whitecase.com
WHITE & CASE LLP
3000 El Camino Real
5 Palo Alto Square, 9th Floor
Palo Alto, CA 94306

Kevin X. McGann
Email: kmcgann@whitecase.com
John P. Scheibeler
Email: jscheibeler@whitecase.com
WHITE & CASE LLP
1155 Avenue of the Americas
New York, NY 10036

*Attorneys for Defendant KeyScan, Inc.*

              *s/ Gregory S. Tamkin*
              Gregory S. Tamkin